IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KINH HUU NGUYEN            *
                           *
        v.                 *   Civil No. JFM-11-1976
                           *
VALERIE DIXSON             *
                         *****

MEMORANDUM

On November 29, 2011, I entered an order requiring plaintiff to show cause within 14 days as to why his complaint should not be dismissed for failure to effect service.

Plaintiff responded to the order not by stating the reasons that he has failed to effect service upon defendant. Instead, plaintiff filed a paper reiterating the substance of his claim against defendant. Because plaintiff's submission is unresponsive to the show cause order entered by this court and because it appears from the face of both the complaint and plaintiff's recent submission that he has no viable claim against defendant, his complaint will be dismissed.

Date:  December 21, 2011            /s/_____
                                    J. Frederick Motz
                                    United States District Judge